170 So. 489

### Ex parte C. S. STROCK.

### 5 Div. 235.

Supreme Court of Alabama.

Nov. 5, 1936.

Reynolds & Reynolds, of Clanton, for petitioner.

L. H. Ellis, of Columbiana, Clifford Reeves, of Birmingham, and Raymond P. Mims, of Tuscaloosa, opposed.

BOULDIN, Justice.

Petition of C. S. Strock for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Ex parte Strock, 170 So. 487.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.